# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO: L. I., MINOR UNDER 18 YEARS OF AGE.

No. 83673

CODY B.,
Appellant,
vs.
STATE OF NEVADA DEPARTMENT OF FAMILY SERVICES; AND L. I., MINOR UNDER 18 YEARS OF AGE,
Respondents.

FILED

JAN 13 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This pro se appeal was docketed in this court on October 25, 2021, without payment of the requisite filing fee. On that same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. On November 4, 2021, appellant filed a letter informing this court that he is unable to pay the fee at this time. Later that same day, this court filed an order directing appellant to file a motion to proceed in forma pauperis with the district court in the first instance and file a file-stamped copy of the application in this court or pay the filing fee within 30 days. Appellant was cautioned that failure to comply would result in the dismissal of this appeal.

On December 2, 2021, appellant filed a motion for leave to proceed in forma pauperis. On December 15, 2021, this court entered another order directing appellant to file the motion to proceed in forma pauperis with the district court in the first instance or pay the filing fee within 15 days. Appellant was again cautioned again that failure to comply

Supreme Court
OF
Nevada

CLERK'S ORDER

(O) 1947

22-01359

would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or demonstrated that he has complied with NRAP 24. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Robert Teuton, District Judge, Family Court Division
Cody B.
Clark County District Attorney/Juvenile Division
Legal Aid Center of Southern Nevada, Inc.
Eighth District Court Clerk